### BELFOR v. LUDLOW et al.

(Supreme Court, General Term, Second Department. February 11, 1891.)

Appeal from special term, Kings county.

Action by Lazarus Belfor against Morgiana Ludlow and others, to foreclose a mechanic's lien for $721.61. There was a judgment for plaintiff for $314.20 and costs, and defendant Joseph Ryan appeals.

*Horace Graves*, for appellant. *William J. Gaynor*, for respondent.

DYKMAN, J. This judgment, from which the appeal is taken, is right, and should be affirmed. The claim of the plaintiff is just, and it is unfortunate that he could not have it all secured by his lien. The judgment should be affirmed, with costs.

PRATT, J., not sitting.